PARKS *v.* HOLLIS.

HEAD, Justice. The verdict for the plaintiff was supported by the evidence, and the trial judge did not err in overruling the motion for new trial, which contained only the usual general grounds.

*Judgment affirmed. All the Justices concur.*

No. 16671. JUNE 15, 1949.

*W. B. Mitchell*, for plaintiff in error.
*A. M. Zellner*, contra.